**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Oren Paul NORFOLK, Defendant-
Appellant.**

**No. 71-3312
Summary Calendar.***

United States Court of Appeals,
Fifth Circuit.

March 30, 1972.

Rehearing Denied April 17, 1972.

Before BELL, DYER and CLARK,
Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.** The facts do not make out a denial of the right to speedy trial. Cf. United States v. Jones, 5 Cir., 1972, 457 F.2d 697. On pre-indictment delay, see United States v. Judice, 5 Cir., 1972, 457 F.2d 414.

* Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409.

** See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.

**In the Matter of AMERICAN VEN-
TURES, INC., Debtor.**

**James C. GARNER and J. D. Anderson,
Petitioners-Appellees,**

v.

**Walter E. MAURER, Jr., Trustee, American Ventures, Inc., Debtor,
Respondent-Appellant.**

**No. 71-3181.**

United States Court of Appeals,
Fifth Circuit.

April 5, 1972.

Before JOHN R. BROWN, Chief Judge, and BELL and SIMPSON, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21 [1] and the opinion of the district court filed in this matter. In Matter of American Ventures, Inc., N.D.Ga.1971, 340 F.Supp. 279.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.